

# KAREN F. DESOTO
## ATTORNEY-AT-LAW

PO Box 408
Pluckemin, NJ 07978

www.kdesoto.com

Phone: 201 204-3487
Fax : 866 204-7228
E-Mail: karen@kdesoto.com

October 4, 2010

Hon. Esther Salas, U.S.M.J.
United States District Court
50 Walnut Street
Newark, New Jersey 07102

RE:  *Simon Taylor and Earl Rowen v. City of Bayonne, et al.*
     *Civil Action No. 2:07-cv-4237*

Dear Judge Salas:

   Please be advised that per your order, Plaintiffs were to file a memo in reference to issues surrounding the defenses objections with the Pre-Trial order. However, due to medical reasons, I was not able to complete it. Therefore, I am requesting an extension. I will file the memo by Thursday, October 7, with your permission. I apologize for any inconvenience.

   Thank you for your time and patience to the above matter.

Respectfully submitted,

/s/ Karen DeSoto

Karen F. DeSoto
Attorney for Plaintiffs

Cc: All counsel of record

So Ordered
[signature]
10/4/10